**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GRUMPY CAT LIMITED,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 26-cv-4937

## ~~[PROPOSED]~~ PRELIMINARY INJUNCTION ORDER

The Court has considered Plaintiff Grumpy Cat Limited's ("Plaintiff") Motion for a Preliminary Injunction and Order to Show Cause (the "Motion") and oral arguments made in the hearing. Based on the papers and other evidence submitted in support of the Motion, and for good cause shown, the Court makes the following findings of fact and conclusions of law:

## FACTUAL FINDINGS & CONCLUSIONS OF LAW

1. Plaintiff is likely to prevail on its trademark infringement claims at trial.

2. As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

   a. Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed Plaintiff's U.S. Trademark Registration Nos. 4,820,434 and 4,417,549 (the "GRUMPY CAT Marks") in connection with the systematic advertisement, distribution, offering for sale, and sale of products bearing counterfeits, reproductions, or colorable imitations of the GRUMPY CAT Marks (the "Infringing Products") into the United States, including within

this judicial district of New York, over the Internet through accounts with online marketplace platforms including, but not limited to, PayPal, Shop Pay, Temu, Payoneer, Ping Pong, Amazon, and Walmart held by Defendants (the "User Account(s)").

b. Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to Plaintiff's GRUMPY CAT Marks.

3. On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with Plaintiff's GRUMPY CAT Marks if a preliminary injunction order is not issued. The public interest favors the issuance of a preliminary injunction to prevent the sale of counterfeit goods and the resulting consumer confusion.

## ORDER

The injunctive relief previously granted in the TRO shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65, 15 U.S.C. § 1114, 1116(a) and (d), and 1125(a). Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion to Show Cause is hereby **GRANTED** and it is **ORDERED** as follows:

1. As sufficient causes have been shown, Defendants are hereby enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this

action or until further order of the Court:

a. manufacturing, importing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b. manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the Plaintiff's GRUMPY CAT Marks, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d. using the Plaintiff's GRUMPY CAT Marks on or in connection with any seller alias that any Defendant may own, operate, or control on any online marketplace platform (each, a "Marketplace");

e. any and all use of the Plaintiff's GRUMPY CAT Marks as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serve to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any Marketplace; and

f. altering, disabling, closing, transferring ownership of, or creating any new seller alias or account on any Marketplace.

**Asset Restraint**

2. As sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, the following Financial Institutions: (i) WhaleCo Inc. ("Temu"), (ii) PayPal, Inc. ("PayPal"), (iii) Payoneer, Inc. ("Payoneer"), (iv) Ping Pong Global Solutions Inc. ("Ping Pong"), (v) Amazon.com, Inc. ("Amazon"), and (vi) Walmart, Inc. ("Walmart"), and (vii) Shopify Inc. ("Shop Pay") (collectively referred to as the "Financial Institutions"), and any other financial institution or payment processor holding Defendants' accounts or assets, shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets") and shall locate, attach, and restrain the transfer or disposing of monies or funds from Defendants' Accounts, as well as the transfer or disposing of Defendants' Assets, until further ordered by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff within seven (7) days of receipt of service of this Order.

**Expedited Discovery**

3. As sufficient cause has been shown, the expedited discovery order previously granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, the Financial Institutions shall preserve and provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions'

possession, custody, or control): (i) identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution; (ii) any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint (and attached hereto); (iii) information concerning any of Defendants' Accounts or Defendants' Assets including any and all related, connected or otherwise associated accounts or assets, regardless of the hosting platform or institution; and (iv) all transaction records, sales histories, and revenue data relating to the sale of Infringing Products by Defendants.

4. As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

a. Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

**Security Bond**

5. The $1,500.00 bond posted by Plaintiff, which the Court finds sufficient given the strength of Plaintiff's case and the nature of Defendants' infringing conduct, shall remain with the Court until a final disposition of this case or until this Order is terminated.

**Application to Vacate or Dissolve**

6. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court.

Judge Edgardo Ramos
UNITED STATES DISTRICT JUDGE
New York, NY
July 22, 2026

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | AEE0D30XQ | Amazon | A13R5GUZ345OPT |
| 2 | AnHuiBingDaJianZhuLaoWuYouXianGongSi | Amazon | A1Q6GSM3J54B4G |
| 3 | bozhoushixingyuelianhejianzhugong | Amazon | A2DHSQKH26U8OR |
| 4 | CanvasTreasures | Amazon | A6RIWVI6LBSCV |
| 5 | Chen Yongzhi | Amazon | A2I68L4W8P7A3P |
| 6 | chenzhiweijingpin | Amazon | AJ0FAF6HNWH3Z |
| 7 | Chongqing Jukag Technology Co., Ltd. | Amazon | A1CAMLKPJ4O1SM |
| 8 | chunxiang art | Amazon | A14WPZTJUAZSK |
| 9 | CXZFH Yard Decor | Amazon | AMLA1GIRPIZWQ |
| 10 | DAN PHUONG STORE | Amazon | AL3JT930YWOD4 |
| 11 | Denggengshen | Amazon | A3PMRHB5SSTPPK |
| 12 | DIY Brooch | Amazon | A22J1JJOA1VZI2 |
| 13 | Elepret | Amazon | A2VM56AI5UW121 |
| 14 | Fanshiwu989 | Amazon | A3SNYY93W2CXAI |
| 15 | Firefly Light 88 | Amazon | A2QSQ3F7BJKVOK |
| 16 | Gengmacuiliangmaoyiyouxiangongsi | Amazon | A2R5OKJN99SG5R |
| 17 | GIFT BOX DESIGN | Amazon | A35118KRIY0VDL |
| 18 | Guangzhou Ningweishangmaoyouxiangongsi | Amazon | A7ZTWWFSNO3QO |
| 19 | haerbinfenglingshangmao | Amazon | A2X7UPOFNA62B7 |
| 20 | Handsome | Amazon | A3D0U2EOXCNQMC |
| 21 | Hanmeixiu | Amazon | A1U66DLMZDBPFK |
| 22 | HCTLIMKAD | Amazon | A2JSGOK7WEYM17 |
| 23 | HuiZhouShiWanBuYaGenXieYeYouXianGongSi | Amazon | A365ZC4XBYAX7U |
| 24 | hujinxiang poster printing | Amazon | ACO9QI8RT44ZG |
| 25 | HUNG MONACO MIKEN SHOP4455566 | Amazon | AAGR4NIU23GB6 |
| 26 | kailishilianfengdianzishangwuyouxiangsi | Amazon | ARYUWCZF57DB0 |
| 27 | KeZhou | Amazon | ABLNWXIANO2O0 |
| 28 | Lancholy-US | Amazon | A211NT5SD5GE71 |
| 29 | Lijiang Quanli Trading Co., Ltd | Amazon | AHIC4UZCBZ70U |
| 30 | lin zheng520 | Amazon | A3DUMYB48HLTVM |
| 31 | linshiz | Amazon | AO226W1HBWN0G |
| 32 | linxuqiangart | Amazon | ATIRSAZB6C5E |
| 33 | Lisc662 | Amazon | A2E0JOIIXBB9DR |
| 34 | liuhong kai12 | Amazon | AUAA91HF4NDSV |
| 35 | liujinxing | Amazon | AUSJQPJOMLHKX |
| 36 | Liupanshuishishuichengququlieshangmaoyouxian gongsi | Amazon | ALVO8BCP98ZO5 |
| 37 | Loanhoangcpst | Amazon | A328THYHHX2807 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 38 | lobbster91.Sticker | Amazon | A3MYZHW2ZN44CC |
| 39 | mahao_art | Amazon | APLR06RWKD5N7 |
| 40 | MEIHKBEC | Amazon | A2ZGKJOQ1CKI6V |
| 41 | MSS Art | Amazon | AWD16I4F983YD |
| 42 | NOISIOS | Amazon | A23TQTMB1DW804 |
| 43 | Nurse | Amazon | A2U52CY5QZI6L7 |
| 44 | Petrichor Provisions | Amazon | AP61C1VGN35HO |
| 45 | Rick_Boy_Store | Amazon | A2X2KT2HSMV06N |
| 46 | rong song | Amazon | A3RL9QUZGZZNIF |
| 47 | RoycePhanCards | Amazon | A21SYOLGNXSXLO |
| 48 | Sayailian | Amazon | A156SEIQNQL8VM |
| 49 | Shangguanyanhong11 | Amazon | AIHXQDP07H8JG |
| 50 | shaoshan585 | Amazon | A28RDL1WVO2PK1 |
| 51 | shenzhenshirongqiyimaoyi | Amazon | ANYAS322D9BX1 |
| 52 | ShopGoTod | Amazon | ABQ78S50TEA64 |
| 53 | song yijie | Amazon | A1FY9WS1EMSY3T |
| 54 | STICKMD2T | Amazon | A32CG4DPXXR3J9 |
| 55 | StoreUSA99 | Amazon | AVKY9TPKRF9FF |
| 56 | suzhoushengzhongqianzhinengkejiyouxiangongsi | Amazon | A1ORJZY3JRFN5M |
| 57 | T& Sticker | Amazon | A2VSOOBK1IOKTZ |
| 58 | THANH PHUOC OCLT TORO SHOP5555 | Amazon | A2XAZ1O6SN93V3 |
| 59 | The Administrator | Amazon | AWFVRZ2390PGZ |
| 60 | wang weiwu | Amazon | A2D9OU9CG7I59J |
| 61 | Wangsai | Amazon | A1VPRS6235WPYZ |
| 62 | wangzheng995 | Amazon | A3R99OILW9LOON |
| 63 | wokgo | Amazon | A2GX3TPF0KLH8M |
| 64 | Wuhan Wangfa Network Technology Co., Ltd | Amazon | A1KTKR1JGHYM63 |
| 65 | xiaoxianyonghuiliangshimaoyiyouxiangongsi | Amazon | ABOR8VM43XLHZ |
| 66 | XMMXC | Amazon | A1CUGFCR3O8IQU |
| 67 | Xucaiyun atr | Amazon | A2BTXCA2Z8AJ46 |
| 68 | xunwuxianlianhezhaominggongchengyouxianzerengongsi | Amazon | A2ULPIG53XFCHS |
| 69 | yangsheng Y | Amazon | A2Z8XLW1FDPBZV |
| 70 | ZENTHANY | Amazon | A26U7YB3SYYA9M |
| 71 | Zestrilia | Amazon | A2P99QHDK4PTSB |
| 72 | ZHA Direct | Amazon | A1UQVPFQTOEU13 |
| 73 | Zhan Faqin | Amazon | A20931RL9EZ1NX |
| 74 | Zhang Huisheng Art | Amazon | A3KXCTD60YGJ7Z |
| 75 | Zhanghaohaohao AS | Amazon | A3R01MKUYTZWKE |
| 76 | zhiwei poster | Amazon | A1M98NEO1CC34E |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 77 | zhongqiu520art | Amazon | A3G3C6ZMTQWPUX |
| 78 | ZhuYun E-commerce | Amazon | A2TY3JM2KCQH52 |
| 79 | Zoytonky | Amazon | A1FLSYTVKDCGD |
| 80 | Aaron Art Shop | Walmart | 102781929 |
| 81 | DriftNest | Walmart | 102644262 |
| 82 | Dripcraft | Walmart | 102879730 |
| 83 | DV-Enterprise | Walmart | 102614384 |
| 84 | Gomind Grinch LLC | Walmart | 101659843 |
| 85 | GuPaPa Co.,Ltd | Walmart | 102857824 |
| 86 | StrongWell Tech | Walmart | 102943435 |
| 87 | Sunthread | Walmart | 102891308 |
| 88 | Worn Wild | Walmart | 102841749 |
| 89 | ZXFPSE | Walmart | 102887529 |
| 90 | RadintRow | Temu | 634418217827710 |
| 91 | animeoutletshop | Domain | animeoutletshop.com |
| 92 | Meoweirdo | Domain | meoweirdo.com |
| 93 | Moonhoar | Domain | moonhoar.com |
| 94 | Myalohashirt | Domain | myalohashirt.com |
| 95 | novaney | Domain | novaney.com |
| 96 | Onlynicer | Domain | onlynicer.com |
| 97 | PUPPY PRINTY | Domain | puppyprinty.com |
| 98 | Rococity | Domain | rococity.com |
| 99 | TEENAVI | Domain | teenavi.com |
| 100 | UFLASHION | Domain | uflashion.com |
| 101 | VChics | Domain | vchics.com |
| 102 | wearshes | Domain | wearshes.com |
| 103 | Wonder closets | Domain | wonderclosets.com |
| 104 | zazasy | Domain | zazasy.com |
| 105 | Zoloss | Domain | zoloss.com |
| 106 | animefwiw | Domain | animefwiw.com |
| 107 | dovestylish | Domain | dovestylish.com |
| 108 | Unifury | Domain | unifury.com |
| 109 | BOAMDLEOLLO | Amazon | A1TBS9ZW228094 |
| 110 | Carleone | Amazon | A1HWPKWDQHBJ78 |
| 111 | Coast2Coast Tees | Amazon | AC6FVXLY3ZCU6 |
| 112 | DAMHUONGGIANG02 | Amazon | A2Y7UWTKNOUXYX |
| 113 | DSY-AmaconUS | Amazon | A2GDGVDRHHTFI7 |
| 114 | Evergreen Man | Amazon | A21ZMIGU8MS61K |
| 115 | Fanverse | Amazon | A33F1310G5463X |
| 116 | Fashion de Pasha | Amazon | A2ZMR6R6U2R18S |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 117 | FY shop | Amazon | A3V8VRFHJI9ILA |
| 118 | guoaoxiu72 | Amazon | A3KRJ7FF9AXXOS |
| 119 | HORSE | Amazon | A3RERQF7OBM5C9 |
| 120 | HuHeHaoTeShiFanSuoRongShangMaoYouXianZeRenGongSi | Amazon | A3HJYBAS602BN1 |
| 121 | Larana Store | Amazon | A2C97FEHHPF9GB |
| 122 | liuxinglisdjak | Amazon | AEFVXMWTPNMC2 |
| 123 | LuoYangMengBoDianZiShangWuYouXianGongSi | Amazon | A2JDI9W75JC55R |
| 124 | Meedee | Amazon | A395OPZGGLTQBF |
| 125 | Meethan | Amazon | A3ROE1RH2Q508B |
| 126 | ODSGN | Amazon | A1I99DUIDNISLK |
| 127 | pengjiaoD | Amazon | A2PB31B3EVSZ9U |
| 128 | PHUNGPHUONGNAM99 | Amazon | A11NFLZS5UY4HL |
| 129 | Proportions | Amazon | A19SDI7QUEKMQI |
| 130 | QCSH SHOP | Amazon | A1YO7JO91KZ2VV |
| 131 | RASHNINJA | Amazon | A363D6CZQF0O04 |
| 132 | Semisun | Amazon | A3S4CHF8H14O6V |
| 133 | SMART FL | Amazon | A1LATN9V9OK82P |
| 134 | SUN GARDEN | Amazon | A3LU0IQS2AZU6I |
| 135[1] | DISMISSED | Amazon | DISMISSED |
| 136 | Thi Dinh 20 | Amazon | A2WEHVD7K9L0WV |
| 137 | TOMTEE | Amazon | ANY74A0IE9Y31 |
| 138 | Urban Memento | Amazon | AWE4CL61XS342 |
| 139 | VNBNT | Amazon | A2L660G5M283JP |
| 140 | Vothiphan | Amazon | A31YJMXAF1ISZJ |
| 141 | WMCAMAUS | Amazon | ASGAS2FL2DTZW |
| 142 | Wuhan Zhuojinruo Trading Co., Ltd. | Amazon | AMK0PW2DIHVQQ |
| 143 | Xinyucai | Amazon | A2LEAP3UH9VRA8 |
| 144 | YPMR | Amazon | A3UJX7B6OU21V5 |
| 145 | Arcane Attire | Walmart | 102876750 |
| 146 | Bananar Shop | Walmart | 102871226 |
| 147 | baofa | Walmart | 102940317 |
| 148 | BBAOFU | Walmart | 102764398 |
| 149 | Binshirtdiy | Walmart | 102828394 |
| 150 | BT ECOMMERECE CO., LTD | Walmart | 102799906 |
| 151 | CXshirt | Walmart | 103057788 |
| 152 | DANTA COMPANY LIMITED | Walmart | 102657505 |

[1] DOE 135 SuperUmbra was dismissed on July 14, 2026, Dkt. No. 28. However, the notice incorrectly noted SuperUmbra as DOE 137. The July 14 dismissal is otherwise correct.

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 153 | dongguanshiweihong | Walmart | 102898715 |
| 154 | Earthbound Echo | Walmart | 102854791 |
| 155 | Elite Threads | Walmart | 102607345 |
| 156 | Fashion bubble maker | Walmart | 101646950 |
| 157 | Fashion In Store | Walmart | 103102542 |
| 158 | Finch & Fable | Walmart | 102857993 |
| 159 | hangyuma | Walmart | 102855513 |
| 160 | HappyLucy | Walmart | 102844176 |
| 161 | HeiWaSul | Walmart | 102648974 |
| 162 | Ho Kinh Doanh 1974 | Walmart | 102801323 |
| 163 | InkWave Apparel | Walmart | 103118143 |
| 164 | jimengte | Walmart | 102905337 |
| 165 | JinJiang OuYuan Technology Co., | Walmart | 101263967 |
| 166 | JUmL1025 | Walmart | 102767585 |
| 167 | Junku store | Walmart | 102916852 |
| 168 | KaiTee | Walmart | 103111829 |
| 169 | Linda's Clothing Store | Walmart | 102915171 |
| 170 | LiuJingYun | Walmart | 102893844 |
| 171 | Lssee | Walmart | 102525610 |
| 172 | Macorner | Walmart | 102835153 |
| 173 | mengyan | Walmart | 103128927 |
| 174 | Mingxiang Fashion | Walmart | 103110343 |
| 175 | Mrocas | Walmart | 102789214 |
| 176 | NGUYEN NGOC LONG | Walmart | 102838717 |
| 177 | NGUYEN THI BINH | Walmart | 102814831 |
| 178 | NGUYEN TIEN LOC | Walmart | 102811772 |
| 179 | Pacific Standard Co | Walmart | 102857710 |
| 180 | PNana | Walmart | 102869578 |
| 181 | Prime & Plain | Walmart | 102857635 |
| 182 | qiangzizi | Walmart | 102879519 |
| 183 | Renewed Rigor | Walmart | 102895475 |
| 184 | Sainzo | Walmart | 102857728 |
| 185 | Shaohui Store | Walmart | 102916797 |
| 186 | Shenzhen Tianbo Technology Co., Ltd. | Walmart | 101221996 |
| 187 | Sierra Supply | Walmart | 102876648 |
| 188 | Six Seven Collective | Walmart | 103052475 |
| 189 | Taot Clothing | Walmart | 103119231 |
| 190 | Texwix Flexcamo | Walmart | 102909914 |
| 191 | The Oddity Lab | Walmart | 102854753 |
| 192 | treecom-niaoge | Walmart | 102919053 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 193 | Tribal Tides | Walmart | 102854884 |
| 194 | Twenty Fashion | Walmart | 102880054 |
| 195 | UrbanEase Wear | Walmart | 103091636 |
| 196 | VibeTeez | Walmart | 102634705 |
| 197 | wangke | Walmart | 102935108 |
| 198 | weijielimaoyi | Walmart | 102762140 |
| 199 | weiyuanshangpin | Walmart | 102845720 |
| 200 | Whimsy Workshop. | Walmart | 102876686 |
| 201 | Wukai Wear Store | Walmart | 103108302 |
| 202 | xixitgoh | Walmart | 102884666 |
| 203 | Xleat | Walmart | 102818030 |
| 204 | Yaokun Store | Walmart | 102909883 |
| 205 | Ycolor | Walmart | 103116857 |
| 206 | Yuchi Store | Walmart | 102919430 |
| 207 | ZwinEasy | Walmart | 102976425 |
| 208 | ABWSG SHOP | Temu | 634418222800047 |
| 209 | Art TS | Temu | 634418219506703 |
| 210 | Cshaojie | Temu | 634418220389056 |
| 211 | feleboaa | Temu | 634418218899622 |
| 212 | Imperial XXX shirts | Temu | 634418218648203 |
| 213 | Iron Liberty | Temu | 634418224711105 |
| 214 | JUTENGA | Temu | 634418221318254 |
| 215 | Kissyoc | Temu | 634418224460878 |
| 216 | Lazy Luxe | Temu | 634418219092395 |
| 217 | Love Custom UMI | Temu | 634418219347366 |
| 218 | Max man | Temu | 634418219388799 |
| 219 | Momentum Mart | Temu | 634418222396516 |
| 220 | Strongest mens clothing factory | Temu | 634418216956288 |
| 221 | YYYZX | Temu | 634418219752240 |
| 222 | Zebra Hoodie | Temu | 634418220332294 |