AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

GRUMPY CAT LIMITED

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

*Defendant(s)*

Civil Action No. 26-cv-04937

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/20/2026

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*



**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | AEE0D30XQ | Amazon | A13R5GUZ345OPT |
| 2 | AnHuiBingDaJianZhuLaoWuYouXianGongSi | Amazon | A1Q6GSM3J54B4G |
| 3 | bozhoushixingyuelianhejianzhugong | Amazon | A2DHSQKH26U8OR |
| 4 | CanvasTreasures | Amazon | A6RIWVI6LBSCV |
| 5 | Chen Yongzhi | Amazon | A2I68L4W8P7A3P |
| 6 | chenzhiweijingpin | Amazon | AJ0FAF6HNWH3Z |
| 7 | Chongqing Jukag Technology Co., Ltd. | Amazon | A1CAMLKPJ4O1SM |
| 8 | chunxiang art | Amazon | A14WPZTJUAZSK |
| 9 | CXZFH Yard Decor | Amazon | AMLA1GIRPIZWQ |
| 10 | DAN PHUONG STORE | Amazon | AL3JT930YWOD4 |
| 11 | Denggengshen | Amazon | A3PMRHB5SSTPPK |
| 12 | DIY Brooch | Amazon | A22J1JJOA1VZI2 |
| 13 | Elepret | Amazon | A2VM56AI5UW121 |
| 14 | Fanshiwu989 | Amazon | A3SNYY93W2CXAI |
| 15 | Firefly Light 88 | Amazon | A2QSQ3F7BJKVOK |
| 16 | Gengmacuiliangmaoyiyouxiangongsi | Amazon | A2R5OKJN99SG5R |
| 17 | GIFT BOX DESIGN | Amazon | A35118KRIY0VDL |
| 18 | Guangzhou Ningweishangmaoyouxiangongsi | Amazon | A7ZTWWFSNO3QO |
| 19 | haerbinfenglingshangmao | Amazon | A2X7UPOFNA62B7 |
| 20 | Handsome | Amazon | A3D0U2EOXCNQMC |
| 21 | Hanmeixiu | Amazon | A1U66DLMZDBPFK |
| 22 | HCTLIMKAD | Amazon | A2JSGOK7WEYM17 |
| 23 | HuiZhouShiWanBuYaGenXieYeYouXianGongSi | Amazon | A365ZC4XBYAX7U |
| 24 | hujinxiang poster printing | Amazon | ACO9QI8RT44ZG |
| 25 | HUNG MONACO MIKEN SHOP4455566 | Amazon | AAGR4NIU23GB6 |
| 26 | kailishilianfengdianzishangwuyouxiangsi | Amazon | ARYUWCZF57DB0 |
| 27 | KeZhou | Amazon | ABLNWXIANO2O0 |
| 28 | Lancholy-US | Amazon | A211NT5SD5GE71 |
| 29 | Lijiang Quanli Trading Co., Ltd | Amazon | AHIC4UZCBZ70U |
| 30 | lin zheng520 | Amazon | A3DUMYB48HLTVM |
| 31 | linshiz | Amazon | AO226W1HBWN0G |
| 32 | linxuqiangart | Amazon | ATIRSAZB6C5E |
| 33 | Lisc662 | Amazon | A2E0JOIIXBB9DR |
| 34 | liuhong kai12 | Amazon | AUAA91HF4NDSV |
| 35 | liujinxing | Amazon | AUSJQPJOMLHKX |
| 36 | Liupanshuishishuichengququlieshangmaoyouxiangongsi | Amazon | ALVO8BCP98ZO5 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 37 | Loanhoangcpst | Amazon | A328THYHHX2807 |
| 38 | lobbster91.Sticker | Amazon | A3MYZHW2ZN44CC |
| 39 | mahao_art | Amazon | APLR06RWKD5N7 |
| 40 | MEIHKBEC | Amazon | A2ZGKJOQ1CKI6V |
| 41 | MSS Art | Amazon | AWD16I4F983YD |
| 42 | NOISIOS | Amazon | A23TQTMB1DW804 |
| 43 | Nurse | Amazon | A2U52CY5QZI6L7 |
| 44 | Petrichor Provisions | Amazon | AP61C1VGN35HO |
| 45 | Rick_Boy_Store | Amazon | A2X2KT2HSMV06N |
| 46 | rong song | Amazon | A3RL9QUZGZZNIF |
| 47 | RoycePhanCards | Amazon | A21SYOLGNXSXLO |
| 48 | Sayailian | Amazon | A156SEIQNQL8VM |
| 49 | Shangguanyanhong11 | Amazon | AIHXQDP07H8JG |
| 50 | shaoshan585 | Amazon | A28RDL1WVO2PK1 |
| 51 | shenzhenshirongqiyimaoyi | Amazon | ANYAS322D9BX1 |
| 52 | ShopGoTod | Amazon | ABQ78S50TEA64 |
| 53 | song yijie | Amazon | A1FY9WS1EMSY3T |
| 54 | STICKMD2T | Amazon | A32CG4DPXXR3J9 |
| 55 | StoreUSA99 | Amazon | AVKY9TPKRF9FF |
| 56 | suzhoushengzhongqianzhinengkejiyouxiangong si | Amazon | A1ORJZY3JRFN5M |
| 57 | T& Sticker | Amazon | A2VSOOBK1IOKTZ |
| 58 | THANH PHUOC OCLT TORO SHOP5555 | Amazon | A2XAZ1O6SN93V3 |
| 59 | The Administrator | Amazon | AWFVRZ2390PGZ |
| 60 | wang weiwu | Amazon | A2D9OU9CG7I59J |
| 61 | Wangsai | Amazon | A1VPRS6235WPYZ |
| 62 | wangzheng995 | Amazon | A3R99OILW9LOON |
| 63 | wokgo | Amazon | A2GX3TPF0KLH8M |
| 64 | Wuhan Wangfa Network Technology Co., Ltd | Amazon | A1KTKR1JGHYM63 |
| 65 | xiaoxianyonghuiliangshimaoyiyouxiangongsi | Amazon | ABOR8VM43XLHZ |
| 66 | XMMXC | Amazon | A1CUGFCR3O8IQU |
| 67 | Xucaiyun atr | Amazon | A2BTXCA2Z8AJ46 |
| 68 | xunwuxianlianhezhaominggongchengyouxianz erengongsi | Amazon | A2ULPIG53XFCHS |
| 69 | yangsheng Y | Amazon | A2Z8XLW1FDPBZV |
| 70 | ZENTHANY | Amazon | A26U7YB3SYYA9M |
| 71 | Zestrilia | Amazon | A2P99QHDK4PTSB |
| 72 | ZHA Direct | Amazon | A1UQVPFQTOEU13 |
| 73 | Zhan Faqin | Amazon | A20931RL9EZ1NX |
| 74 | Zhang Huisheng Art | Amazon | A3KXCTD60YGJ7Z |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 75 | Zhanghaohaohao AS | Amazon | A3R01MKUYTZWKE |
| 76 | zhiwei poster | Amazon | A1M98NEO1CC34E |
| 77 | zhongqiu520art | Amazon | A3G3C6ZMTQWPUX |
| 78 | ZhuYun E-commerce | Amazon | A2TY3JM2KCQH52 |
| 79 | Zoytonky | Amazon | A1FLSYTVKDCGD |
| 80 | Aaron Art Shop | Walmart | 102781929 |
| 81 | DriftNest | Walmart | 102644262 |
| 82 | Dripcraft | Walmart | 102879730 |
| 83 | DV-Enterprise | Walmart | 102614384 |
| 84 | Gomind Grinch LLC | Walmart | 101659843 |
| 85 | GuPaPa Co.,Ltd | Walmart | 102857824 |
| 86 | StrongWell Tech | Walmart | 102943435 |
| 87 | Sunthread | Walmart | 102891308 |
| 88 | Worn Wild | Walmart | 102841749 |
| 89 | ZXFPSE | Walmart | 102887529 |
| 90 | RadintRow | Temu | 634418217827710 |
| 91 | animeoutletshop | Domain | animeoutletshop.com |
| 92 | Meoweirdo | Domain | meoweirdo.com |
| 93 | Moonhoar | Domain | moonhoar.com |
| 94 | Myalohashirt | Domain | myalohashirt.com |
| 95 | novaney | Domain | novaney.com |
| 96 | Onlynicer | Domain | onlynicer.com |
| 97 | PUPPY PRINTY | Domain | puppyprinty.com |
| 98 | Rococity | Domain | rococity.com |
| 99 | TEENAVI | Domain | teenavi.com |
| 100 | UFLASHION | Domain | uflashion.com |
| 101 | VChics | Domain | vchics.com |
| 102 | wearshes | Domain | wearshes.com |
| 103 | Wonder closets | Domain | wonderclosets.com |
| 104 | zazasy | Domain | zazasy.com |
| 105 | Zoloss | Domain | zoloss.com |
| 106 | animefwiw | Domain | animefwiw.com |
| 107 | dovestylish | Domain | dovestylish.com |
| 108 | Unifury | Domain | unifury.com |
| 109 | BOAMDLEOLLO | Amazon | A1TBS9ZW228094 |
| 110 | Carleone | Amazon | A1HWPKWDQHBJ78 |
| 111 | Coast2Coast Tees | Amazon | AC6FVXLY3ZCU6 |
| 112 | DAMHUONGGIANG02 | Amazon | A2Y7UWTKNOUXYX |
| 113 | DSY-AmaconUS | Amazon | A2GDGVDRHHTFI7 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 114 | Evergreen Man | Amazon | A21ZMIGU8MS61K |
| 115 | Fanverse | Amazon | A33F1310G5463X |
| 116 | Fashion de Pasha | Amazon | A2ZMR6R6U2R18S |
| 117 | FY shop | Amazon | A3V8VRFHJI9ILA |
| 118 | guoaoxiu72 | Amazon | A3KRJ7FF9AXXOS |
| 119 | HORSE | Amazon | A3RERQF7OBM5C9 |
| 120 | HuHeHaoTeShiFanSuoRongShangMaoYouXianZeRenGongSi | Amazon | A3HJYBAS602BN1 |
| 121 | Larana Store | Amazon | A2C97FEHHPF9GB |
| 122 | liuxinglisdjak | Amazon | AEFVXMWTPNMC2 |
| 123 | LuoYangMengBoDianZiShangWuYouXianGongSi | Amazon | A2JDI9W75JC55R |
| 124 | Meedee | Amazon | A395OPZGGLTQBF |
| 125 | Meethan | Amazon | A3ROE1RH2Q508B |
| 126 | ODSGN | Amazon | A1I99DUIDNISLK |
| 127 | pengjiaoD | Amazon | A2PB31B3EVSZ9U |
| 128 | PHUNGPHUONGNAM99 | Amazon | A11NFLZS5UY4HL |
| 129 | Proportions | Amazon | A19SDI7QUEKMQI |
| 130 | QCSH SHOP | Amazon | A1YO7JO91KZ2VV |
| 131 | RASHNINJA | Amazon | A363D6CZQF0O04 |
| 132 | Semisun | Amazon | A3S4CHF8H14O6V |
| 133 | SMART FL | Amazon | A1LATN9V9OK82P |
| 134 | SUN GARDEN | Amazon | A3LU0IQS2AZU6I |
| 135 | DISMISSED | DISMISSED | DISMISSED |
| 136 | Thi Dinh 20 | Amazon | A2WEHVD7K9L0WV |
| 137 | TOMTEE | Amazon | ANY74A0IE9Y31 |
| 138 | Urban Memento | Amazon | AWE4CL61XS342 |
| 139 | VNBNT | Amazon | A2L660G5M283JP |
| 140 | Vothiphan | Amazon | A31YJMXAF1ISZJ |
| 141 | WMCAMAUS | Amazon | ASGAS2FL2DTZW |
| 142 | Wuhan Zhuojinruo Trading Co., Ltd. | Amazon | AMK0PW2DIHVQQ |
| 143 | Xinyucai | Amazon | A2LEAP3UH9VRA8 |
| 144 | YPMR | Amazon | A3UJX7B6OU21V5 |
| 145 | Arcane Attire | Walmart | 102876750 |
| 146 | Bananar Shop | Walmart | 102871226 |
| 147 | baofa | Walmart | 102940317 |
| 148 | BBAOFU | Walmart | 102764398 |
| 149 | Binshirtdiy | Walmart | 102828394 |
| 150 | BT ECOMMERECE CO., LTD | Walmart | 102799906 |
| 151 | CXshirt | Walmart | 103057788 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 152 | DANTA COMPANY LIMITED | Walmart | 102657505 |
| 153 | dongguanshiweihong | Walmart | 102898715 |
| 154 | Earthbound Echo | Walmart | 102854791 |
| 155 | Elite Threads | Walmart | 102607345 |
| 156 | Fashion bubble maker | Walmart | 101646950 |
| 157 | Fashion In Store | Walmart | 103102542 |
| 158 | Finch & Fable | Walmart | 102857993 |
| 159 | hangyuma | Walmart | 102855513 |
| 160 | HappyLucy | Walmart | 102844176 |
| 161 | HeiWaSul | Walmart | 102648974 |
| 162 | Ho Kinh Doanh 1974 | Walmart | 102801323 |
| 163 | InkWave Apparel | Walmart | 103118143 |
| 164 | jimengte | Walmart | 102905337 |
| 165 | JinJiang OuYuan Technology Co., | Walmart | 101263967 |
| 166 | JUmL1025 | Walmart | 102767585 |
| 167 | Junku store | Walmart | 102916852 |
| 168 | KaiTee | Walmart | 103111829 |
| 169 | Linda's Clothing Store | Walmart | 102915171 |
| 170 | LiuJingYun | Walmart | 102893844 |
| 171 | Lssee | Walmart | 102525610 |
| 172 | Macorner | Walmart | 102835153 |
| 173 | mengyan | Walmart | 103128927 |
| 174 | Mingxiang Fashion | Walmart | 103110343 |
| 175 | Mrocas | Walmart | 102789214 |
| 176 | NGUYEN NGOC LONG | Walmart | 102838717 |
| 177 | NGUYEN THI BINH | Walmart | 102814831 |
| 178 | NGUYEN TIEN LOC | Walmart | 102811772 |
| 179 | Pacific Standard Co | Walmart | 102857710 |
| 180 | PNana | Walmart | 102869578 |
| 181 | Prime & Plain | Walmart | 102857635 |
| 182 | qiangzizi | Walmart | 102879519 |
| 183 | Renewed Rigor | Walmart | 102895475 |
| 184 | Sainzo | Walmart | 102857728 |
| 185 | Shaohui Store | Walmart | 102916797 |
| 186 | Shenzhen Tianbo Technology Co., Ltd. | Walmart | 101221996 |
| 187 | Sierra Supply | Walmart | 102876648 |
| 188 | Six Seven Collective | Walmart | 103052475 |
| 189 | Taot Clothing | Walmart | 103119231 |
| 190 | Texwix Flexcamo | Walmart | 102909914 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 191 | The Oddity Lab | Walmart | 102854753 |
| 192 | treecom-niaoge | Walmart | 102919053 |
| 193 | Tribal Tides | Walmart | 102854884 |
| 194 | Twenty Fashion | Walmart | 102880054 |
| 195 | UrbanEase Wear | Walmart | 103091636 |
| 196 | VibeTeez | Walmart | 102634705 |
| 197 | wangke | Walmart | 102935108 |
| 198 | weijielimaoyi | Walmart | 102762140 |
| 199 | weiyuanshangpin | Walmart | 102845720 |
| 200 | Whimsy Workshop. | Walmart | 102876686 |
| 201 | Wukai Wear Store | Walmart | 103108302 |
| 202 | xixitgoh | Walmart | 102884666 |
| 203 | Xleat | Walmart | 102818030 |
| 204 | Yaokun Store | Walmart | 102909883 |
| 205 | Ycolor | Walmart | 103116857 |
| 206 | Yuchi Store | Walmart | 102919430 |
| 207 | ZwinEasy | Walmart | 102976425 |
| 208 | ABWSG SHOP | Temu | 634418222800047 |
| 209 | Art TS | Temu | 634418219506703 |
| 210 | Cshaojie | Temu | 634418220389056 |
| 211 | feleboaa | Temu | 634418218899622 |
| 212 | Imperial XXX shirts | Temu | 634418218648203 |
| 213 | Iron Liberty | Temu | 634418224711105 |
| 214 | JUTENGA | Temu | 634418221318254 |
| 215 | Kissyoc | Temu | 634418224460878 |
| 216 | Lazy Luxe | Temu | 634418219092395 |
| 217 | Love Custom UMI | Temu | 634418219347366 |
| 218 | Max man | Temu | 634418219388799 |
| 219 | Momentum Mart | Temu | 634418222396516 |
| 220 | Strongest mens clothing factory | Temu | 634418216956288 |
| 221 | YYYZX | Temu | 634418219752240 |
| 222 | Zebra Hoodie | Temu | 634418220332294 |

Civil Action No. 26-cv-4937

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 07/20/2026 .

❒ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

☑ Other *(specify)*: On July 8, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On July 21, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/23/2026

/s/Shengmao Mu

*Server's signature*

Shengmao Mu, Attorney

*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019

*Server's address*

Additional information regarding attempted service, etc: