**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GRUMPY CAT LIMITED,

Plaintiff,

v.

AEE0D30XQ, et al.,

Defendants.

Civil Action No. 26-cv-4937

**STIPULATED PRELIMINARY INJUNCTION ORDER**
**REGARDING ASSET RESTRAINT**

The Court previously entered a Preliminary Injunction Order ("PI Order") (Dkt. 37) against all Defendants in this action. Dkt. 37. Plaintiff Grumpy Cat Limited ("Plaintiff") and Doe No. 95 (novaney), Doe No. 98 (Rococity), Doe No. 100 (UFLASHION), Doe No. 101 (VChics), and Doe No. 102 (wearshes) (collectively, the "Stipulating Defendants"), have stipulated solely to the asset-restraint provisions set forth below. The Court has considered the parties' stipulation and the record relevant to the restraint and release of the PayPal accounts identified herein.

**FINDINGS & REASONS**

1. The parties have agreed that maintaining the restraint on the Restricted Account (as defined below) while releasing the Released Accounts (as defined below) will preserve the status quo with respect to restrained assets, avoid unnecessary burdens from restraints that the parties agree need not continue, and facilitate the orderly administration of the asset-restraint arrangement.

2. The Court finds that the agreed asset-restraint arrangement is reasonable, appropriately tailored, and supported by good cause.

3. These findings are limited to the asset-restraint arrangement set forth in this Order and do not constitute findings regarding liability, infringement, willfulness, damages, jurisdiction, service,

ownership or control of any account, or the merits of any claim or defense.

**ORDER**

Issuing this Stipulated Preliminary Injunction Order is warranted under Federal Rule of Civil Procedure 65, 15 U.S.C. § 1114, 1116(a) and (d), and 1125(a). Based on the foregoing findings of fact and conclusions of law and the parties' stipulation, Plaintiff's Motion to Show Cause is hereby **GRANTED,** and it is **ORDERED** as follows:

1. As sufficient causes have been shown, Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, are hereby enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this action or until further order of the Court:

a. manufacturing, importing, advertising, offering for sale, selling, distributing, facilitating the sale of, destroying, selling off, transferring, or otherwise disposing of any products that infringe Plaintiff's GRUMPY CAT Marks (the "Infringing Products");

b. manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the Plaintiff's GRUMPY CAT Marks, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d. using the Plaintiff's GRUMPY CAT Marks on or in connection with any seller alias that any Defendant may own, operate, or control on any online

marketplace platform (each, a "Marketplace");

e. any and all use of the Plaintiff's GRUMPY CAT Marks as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serve to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any Marketplace; and

f. altering, disabling, closing, transferring ownership of, or creating any new seller alias or account on any Marketplace.

**Asset Restraint**

2. In accordance with the parties' agreement, the asset restraint granted in the PI Order is modified as follows: only the PayPal account* indicated on Schedule A with the email address paypal@freshvoria.com and account number 6044312401892666279 shall remain restrained pursuant to this Order through the pendency of this litigation or until further order of the Court.

a. All other PayPal accounts identified by third parties as associated or linked to Defendants shall be released from the asset restraint as shown by the attached Schedule A.

3. The Court's Temporary Restraining Order is dissolved and replaced by this Stipulated Preliminary Injunction Order as to the above-referenced Defendants, which shall be in effect through the pendency of this action or until further order of the Court.

So Ordered.

Judge Edgardo Ramos
UNITED STATES DISTRICT JUDGE
Dated: 9/28/2026

**Schedule A**

<table>
<tr><th>Doe No.</th><th>Seller Alias</th><th>Seller ID</th><th>Email</th><th>Account</th></tr>
<tr><td>95</td><td>novaney</td><td>novaney.com</td><td rowspan="5">payment@comstylish.com<br>support@areashe.com<br>*paypal@freshvoria.com<br>paypal@freelifey.com,<br>paypal@designliveshop.com<br>paypal@spiregood.com<br>paypal@glassnice.com<br>paypal@peakvello.com<br>paypal@goodwinlive.com<br>paypal@heliantric.com<br>paypal@starsnice.com<br>paypal@fychics.com<br>paypal@comstylish.com<br>paypal@netnewshop.com<br>paypal@newliveshop.com<br>support@aopmall.com<br>paypal@ramisty.com<br>paypal@nichefree.com<br>paypal@comfylin.com<br>paypal@cottonsloom.com</td><td rowspan="5">4823611955505867277<br>1385487310119918838<br>*6044312401892666279<br>1930378602579482166<br>5616196457836182613<br>4819537052486169149<br>6079371568003294260<br>6064028103680901399<br>1997826295290699148<br>6045420431509985250<br>1523113560111488849<br>6073873623686568206<br>2040560136260914873<br>5596279156916998081<br>6036407738511689293<br>2013889639648075007<br>5634548340099633382<br>5622001066181351359<br>1438432223051454399<br>5596162969966503201</td></tr>
<tr><td>98</td><td>Rococity</td><td>rococity.com</td></tr>
<tr><td>100</td><td>UFLASHION</td><td>uflashion.com</td></tr>
<tr><td>101</td><td>VChics</td><td>vchics.com</td></tr>
<tr><td>102</td><td>wearshes</td><td>wearshes.com</td></tr>
</table>